DAVID E. McALLISTER (AZ BN 021551)
ROCHELLE L. STANFORD (AZ BN 013171)
DOUGLAS A. TOLENO (AZ BN 021617)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Attorneys for Defendants SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK TRUST COMPANY AMERICAS

THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GEORGE F. ROMBACH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAXON MORTGAGE, INC., a corporation; DEUTSCHE BANK TRUST COMPANY AMERICAS, a business entity of unknown form; FIDELITY NATIONAL TITLE, a business entity of unknown form; MICHAEL A. BOSCO, JR., an individual; DOES 1 through 100 inclusive; and DOES 101 through 100 inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

TO: THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA.

AND TO: PLAINTIFF GEORGE F. ROMBACH, IN PRO PER.

Defendants SAXON MORTGAGE SERVICES, INC. ("Saxon") and DEUTSCHE BANK TRUST COMPANY AMERICAS ("Deutsche Bank") (collectively, "Moving Defendants"), by and through their counsel, Pite Duncan, LLP, hereby notice the removal of the above-entitled action to the United States District Court, in and for the District of Arizona, and state the following in support thereof:

1. The above-entitled action was commenced in the Superior Court of Arizona, in and for the County of Yavapai on February 10, 2009, and was assigned Case No. 20090183.

/././

2. Defendant Saxon has not been formally served with process in this action. Defendant Saxon first became aware of the Complaint herein through other means on or about February 11, 2009.

3. Deutsche Bank has not been formally served with process in this action. Defendant Deutsche Bank first became aware of the Complaint herein through other means on or about February 11, 2009.

4. Defendant Michael A. Bosco, Jr., was served with process in this action on February 11, 2009. Defendants Michael A. Bosco was subsequently dismissed from this action.

5. Moving defendants are informed and believe that no other named defendants have been served with process in this action.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). Thirty days have not elapsed since the Moving Defendants were served with, or otherwise first became aware of, the Complaint in this action.

7. True and correct copies of all pleadings filed with the Superior Court of the County of Yavapai are attached hereto as **Exhibit "A"**.

8. This action is a civil action which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), as Plaintiff has specifically pled claims for relief arising under the Home Ownership Equity Protection Act, Real Estate Settlement Procedures Act, Federal Truth in Lending Act, Fair Credit Reporting Act, and Racketeer Influenced and Corrupt Organizations.

9. Pursuant to 28 U.S.C. § 1441(b), Defendants are entitled to remove this action to this Court.

10. This Court is the United States District Court for the district embracing the place where the state court action is pending, and thus this Court is the appropriate Court of removal pursuant to 28 U.S.C. § 1441(a).

11. All served defendants in this action have consented to removal to this Court.

12. A true copy of this Notice of Removal is being filed forthwith with the Clerk of the Superior Court of Arizona, County of Yavapai.

/././

1  WHEREFORE, based on the foregoing, the Moving Defendants hereby remove the above
2  action now pending in the Superior Court of Arizona, County of Yavapai as Case No. 20090183, to
3  this Court.

4                                    Respectfully submitted.

5  Dated: March 12, 2009             PITE DUNCAN, LLP

7                                    /s/ Douglas A. Toleno
                                     DOUGLAS A. TOLENO
8                                    Attorneys for Defendants SAXON MORTGAGE
                                     SERVICES, INC. and DEUTSCHE BANK TRUST
9                                    COMPANY AMERICAS

11 1772039.wpd