IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George F. X. Rombach, ) | No. CV09-8043-PCT-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | [Not for Publication] |
| Saxon Mortgage Services, Inc., a) corporation also known as Saxon) Mortgage, Inc.; Deutsche Bank Trust) Company of Americas, a business entity of) unknown form; Fidelity National Title, a) business entity of unknown form, ) | |
| Defendants. ) | |

Before the Court are the Motions to Dismiss (doc. # 7, 10) of all Defendants. Plaintiff's time to respond to the motions expired on April 6, 2009, and no response or opposition has been filed. LRCiv 7.2(c). Plaintiff's failure to file a response "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(I). It appears the Plaintiff has abandoned this action. He certainly has abandoned it within and far beyond the time that the rules of procedure require him to defend it. Nevertheless, with only the benefit of Defendants' briefs, the Court considers the motions and grants them on their merits. Plaintiff has not sought any leave to amend his complaint to cure any deficiencies and they do not appear to be curable in any event, so the complaint and the action will be dismissed with prejudice.

1     IT IS THEREFORE ORDERED that the Motions to Dismiss (doc. # 7, 10) of all
2 Defendants are granted.
3     IT IS FURTHER ORDERED that the Clerk enter judgment dismissing this action
4 with prejudice for failure to state a claim upon which relief can be granted. The Clerk shall
5 terminate this action.
6     DATED this 19th day of May, 2009.

_____
Neil V. Wake
United States District Judge